# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CECILEY CLEVETTE AUSTIN,

    Plaintiff,

v.                                        Case No. 3:22cv23575-MCR-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 5, 2023. ECF No. 6. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation, ECF Doc. 6, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with a Court order, and failure to keep the Court apprised of her address.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**